No. 00–10771. SOBIN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10772. DAVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10773. TELLEZ VERDIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10774. WILSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10775. WALKER v. KALMANOV. C. A. 5th Cir. Certiorari denied.

No. 00–10776. JAMESWHITE v. HALL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–10777. ZINN v. SPARKMAN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–10778. JARAMILLO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10779. BUDD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10780. CORPUS-GONZALEZ v. UNITED STATES; ELIZONDO-ESTRADA v. UNITED STATES; ACOSTA-CANALES v. UNITED STATES; DOMINGUEZ-ALARCON v. UNITED STATES; NAHUN-BULNES v. UNITED STATES; MURO-VILLA v. UNITED STATES; and LOPEZ-SOLIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 703 (seventh judgment) and 704 (first through sixth judgments).

No. 00–10781. CHERRY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–10782. DIAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10783. MARTINEZ-CUADROS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10784. JUDGE v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.